■ KYLE TAYLOR et al., Shareholders Suing in the Right of 622A PRESIDENT STREET OWNERS CORP., Appellants, v BRETT E. WYNKOOP et al., Respondents. [17 NYS3d 897]—In an action, inter alia, to recover damages for breach of fiduciary duty, the plaintiffs appeal, as limited by their brief, from so much of an order of the Supreme Court, Kings County (F. Rivera, J.), dated

December 20, 2013, as denied their motion to appoint a temporary receiver for certain real property.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court did not err in denying the plaintiffs' motion to appoint a temporary receiver for certain residential real property owned by the defendant cooperative corporation. In light of, inter alia, a prior order dated November 7, 2013, granting that branch of the defendants' motion which was pursuant to CPLR 3211 (a) (7) to dismiss the complaint (*see Taylor v Wynkoop*, 132 AD3d 843 [2015] [decided herewith]), there did not exist grounds for the appointment of a temporary receiver as of the date the plaintiffs moved for such relief (*see* CPLR 6401 [a]). Rivera, J.P., Balkin, Leventhal and Dickerson, JJ., concur.